JASON M. WILEY, ESQ.
Nevada Bar No. 9274
E. DANIEL KIDD, ESQ.
Nevada Bar No. 10106
WILEY PETERSEN
1050 Indigo Drive Suite 200-B
Las Vegas, Nevada 89145
Telephone: 702.910.3329
jwiley@wileypetersenlaw.com
dkidd@wileypetersenlaw.com

*Attorneys for Yan Hong Liu d/b/a*
*C&L Enterprise*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PLATTE RIVER INSURANCE COMPANY, a Nebraska corporation, | Case No.: 2:20-cv-00723-GMN-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND OPPOSITION DEADLINE TO MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| YAN HONG LIU d/b/a C&L ENTERPRISE, a Nevada individual and sole proprietor; UFP DKY STORE 102, LLC, a Nevada limited liability company; BIG BIZ PRO, LLC, a Nevada limited liability company; DOES I-X; and ROE Corporations or Business Entities I-X, inclusive, | **(FIRST REQUEST)** |
| Defendants. | |

| |
|---|
| YAN HONG LIU dba C&L ENTERPRISE, |
| Counterclaimant, |
| v. |
| PLATTE RIVER INSURANCE COMPANY, a Nebraska corporation, and DOES 1-10, |
| Counterdefendants. |

Plaintiff/Counterdefendant, Platte River Insurance Company ("Platte River"), by and through its counsel, Kurt C. Faux, Esq. of the Faux Law Group, and Defendant/Counterclaimant, Yan Hong Liu dba C&L Enterprise ("C&L"), by and through its counsel, Jason M. Wiley, Esq. and E. Daniel Kidd, Esq. of Wiley Petersen (collectively referred to as the "Parties"), hereby submit the following Stipulation to Extend the Deadline to File an Opposition to Plaintiff's Motion for Summary Judgment on its First Cause of Action [Dkt # 60].   The Parties hereby stipulate and agree as follows.

1.     Platte River Insurance Company's Motion for Summary Judgment on its First Cause of Action [Dkt # 60] was filed on December 20, 2021 (hereinafter "Motion for Summary Judgment").

2.     The Opposition to the Motion for Summary Judgment is due on January 10, 2022.

3.     Counsel for Defendant, E. Daniel Kidd, Esq. will be preparing the Opposition to the Motion for Summary Judgment.  However,  E. Daniel Kidd, Esq. has been out of the office and unable to work due to COVID for the past few weeks.

4.     Based on the foregoing, the Parties hereby stipulate and agree to extend the Opposition deadline by 14 days.

5.     There is good cause to extend the deadline as requested.

IT IS SO STIPULATE AND AGREED.

DATED this 6th day of January 2022.                DATED this 6th day of January 2022.

**THE FAUX LAW GROUP**                           **WILEY PETERSEN**

By: */s/ Kurt C. Faux*                                      By: */s/ Jason M. Wiley*
KURT C. FAUX, ESQ.                              JASON M. WILEY, ESQ.
Nevada Bar No. 3407                                Nevada Bar No. 9274
2625 N. Green Valley Parkway, Suite 100         E. DANIEL KIDD, ESQ.
Henderson, Nevada 89014                          Nevada Bar No. 10106
*Attorneys for Plaintiff/Counterdefendant*        WILEY PETERSEN
                                                 1050 Indigo Drive Suite 200-B
                                                 Las Vegas, Nevada 89145
                                                 *Attorneys for Defendant/Counterclaimant*

## ORDER

Based on the foregoing Stipulation and good cause being established, it is hereby ordered that the deadline for the Motion for Summary Judgment [Dkt #60] is extended to January 24, 2022.

**IT IS SO ORDERED.**

Dated this ___7___ day of January, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Submitted by:

**WILEY PETERSEN**

By: */s/ Jason M. Wiley*
JASON M. WILEY, ESQ.
Nevada Bar No. 9274
E. DANIEL KIDD, ESQ.
Nevada Bar No. 10106
WILEY PETERSEN
1050 Indigo Drive Suite 200-B
Las Vegas, Nevada 89145
*Attorneys for Defendant/Counterclaimant*