KURT C. FAUX, ESQ.
Nevada Bar No. 003407
WILLI H. SIEPMANN, ESQ.
Nevada Bar No. 002478
JORDAN F. FAUX, ESQ.
Nevada Bar No. 12205
THE FAUX LAW GROUP
2625 N. Green Valley Parkway, #100
Henderson, Nevada 89014
Telephone: (702) 458-5790
Facsimile: (702) 458-5794
Email: kfaux@fauxlaw.com
       wsiepmann@fauxlaw.com
       jfaux@fauxlaw.com
*Attorneys for Platte River Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PLATTE RIVER INSURANCE COMPANY, a Nebraska corporation,<br><br>Plaintiff,<br><br>v.<br><br>YAN HONG LIU dba C&L ENTERPRISE, a Nevada individual and sole proprietor; UFP DKY STORE 102, LLC, a Nevada limited liability company; BIG BIZ PRO, LLC, a Nevada limited liability company; DOES 1 through 10, and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-00723-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND REPLY DEADLINE TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |
| YAN HONG LIU dba C&L ENTERPRISE,<br><br>Counterclaimant,<br><br>v.<br><br>PLATTE RIVER INSURANCE COMPANY, a Nebraska corporation, and DOES 1-10,<br><br>Counterdefendants. | |

1

Plaintiff/Counterdefendant, Platte River Insurance Company ("Platte River"), by and through its counsel, Kurt C. Faux, Esq. of the Faux Law Group, and Defendant/Counterclaimant, Yan Hong Liu dba C&L Enterprise ("C&L"), by and through its counsel, Jason M. Wiley, Esq. and E. Daniel Kidd, Esq. of Wiley Petersen (collectively referred to as the "Parties"), hereby submit the following Stipulation to Extend the Deadline for Platte River to File a Reply to C&L's Opposition to Platte River's Motion for Summary Judgment on its First Cause of Action [ECF No. 60]. The Parties hereby stipulate and agree as follows.

1. Platte River's Motion for Summary Judgment on its First Cause of Action [ECF No. 60] was filed on December 20, 2021 (hereinafter "Motion for Summary Judgment").

2. A Stipulation and Order was entered granting C&L to January 24, 2022 to file an opposition. [ECF No. 64].

3. C&L filed its Opposition on January 24, 2022. [ECF No. 66].

4. Platte River's Reply is due on February 7, 2022.  [ECF No. 66].

5. Counsel for Platte River, Kurt C. Faux, Esq. will be preparing the Reply to the Opposition to the Motion for Summary Judgment. However, Mr. Faux has been out of state to attend a funeral related service of a mentor in Pleasant Grove, Utah, and a family function for a grandson in Idaho Falls, Idaho.  Further, Nevada Power made certain energy modifications to the office of Faux Law resulting in Faux Law being unable to access its electronic files for approximately 48 hours (Faux Law stores all files electronically).  Attorney Willi Siepmann has been out of the country commencing January 27, 2022, and returning on or about February 6, 2022.

6. Based on the foregoing, the Parties hereby stipulate and agree to extend the Reply deadline by 7 days so that the Reply is due on February 14, 2022.

7. There is good cause to extend the deadline as requested.

/ / /

2

IT IS SO STIPULATED AND AGREED.

DATED this 3rd day of February, 2022.

THE FAUX LAW GROUP

By: /s/ Kurt C. Faux
KURT C. FAUX, ESQ. (#003407)
2625 N. Green Valley Parkway, #100
Henderson, Nevada 89014
*Attorneys for Plaintiff/Counterdefendant Platte River Insurance Company*

DATED this 3rd day of February, 2022.

WILEY PETERSEN

By: /s/ Jason M. Wiley
JASON M. WILEY, ESQ. (#009274)
E. DANIEL KIDD, ESQ. (#10106)
1050 Indigo Drive, Suite 200-B
Las Vegas, NV 89145
*Attorneys for Defendant/Counterclaimant Yan Hong Liu dba C&L Enterprise*

**ORDER**

**IT IS SO ORDERED**.

Dated this __3__ day of February, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Submitted by:

The Faux Law Group

By: */s/ Kurt C. Faux*
KURT C. FAUX, ESQ.
Nevada Bar No. 003407
2625 N. Green Valley Parkway, #100
Henderson, Nevada 89014
*Attorneys for Platte River Insurance Company*