KURT C. FAUX, ESQ.
Nevada Bar No. 003407
WILLI H. SIEPMANN, ESQ.
Nevada Bar No. 002478
JORDAN F. FAUX, ESQ.
Nevada Bar No. 12205
THE FAUX LAW GROUP
2625 N. Green Valley Parkway, #100
Henderson, Nevada 89014
Telephone: (702) 458-5790
Facsimile: (702) 458-5794
Email: kfaux@fauxlaw.com
       wsiepmann@fauxlaw.com
       jfaux@fauxlaw.com
*Attorneys for Platte River Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PLATTE RIVER INSURANCE COMPANY, a Nebraska corporation,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>YAN HONG LIU dba C&L ENTERPRISE, a Nevada individual and sole proprietor; UFP DKY STORE 102, LLC, a Nevada limited liability company; BIG BIZ PRO, LLC, a Nevada limited liability company; DOES 1 through 10, and ROE CORPORATIONS 1 through 10, inclusive,<br><br>　　　　　　　　Defendants. | CASE NO.: 2:20-cv-00723-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR *JOINT PRETRIAL ORDER* (FIRST REQUEST)** |
| YAN HONG LIU dba C&L ENTERPRISE,<br><br>　　　　　　　　Counterclaimant,<br><br>v.<br><br>PLATTE RIVER INSURANCE COMPANY, a Nebraska corporation, and DOES 1-10,<br><br>　　　　　　　　Counterdefendants. | |

1

Plaintiff, Platte River Insurance Company ("Plaintiff" or "Platte River"), and Defendant and Counterclaimant Yan Hong Liu dba C&L Enterprise, by and through their attorneys, hereby stipulate and request the Court extend the parties' deadline to file the Joint Pretrial Order for sixty days from June 30, 2023. In support of this stipulation and request, the following is provided, pursuant to LR IA 6-1.

The deadline for filing the Joint Pretrial Order in this action is currently set for June 30, 2023. This deadline was triggered by the Court's Order of May 26, 2023, on Platte River's motions for summary judgment [Dkt. #73]. Counsel for Platte River and for Yan Hong Liu, have and will continue to have, an unusually busy docket, along with previously scheduled personal travel plans. Furthermore, the Parties hereto will discuss settlement of the respective claims and may agree to a mediation or settlement conference during the requested extended time.

Counsel for the parties conferred on June 7, 2023, and they agree on the requested extension.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

In consideration of the above, the parties submit good cause is present for their request for an extension of the current deadline for the Joint Pretrial Order. The parties propose the current June 30, 2023, deadline for filing the Joint Pretrial Order shall be extended to **Wednesday, August 30, 2023.**

IT IS SO STIPULATED AND AGREED.

| **WILEY PETERSEN** | **THE FAUX LAW GROUP** |
|---|---|
| By: /s/ Jason M. Wiley_____<br>JASON M. WILEY, ESQ. (NSBN 9274)<br>E. DANIEL KIDD, ESQ. (NSBN 10106)<br>Nevada Bar No.<br>1050 Indigo Drive, Suite 200-B<br>Las Vegas, NV 89145<br>Attorneys for Defendant/<br>Counterclaimant Yan Hong Liu dba<br>C&L Enterprise<br><br>**Dated: June 13, 2023** | By: /s/ Willi H. Siepmann_____<br>Kurt C. Faux, Esq. (NSBN 3407)<br>Willi H. Siepmann, Esq. (NSBN 2478)<br>Jordan F. Faux, Esq. (NSBN 12205)<br>2625 North Green Valley Parkway, #100<br>Henderson, Nevada 89014<br>Ph. (702) 458-5790; Fax: (702) 458-5794<br>Email: kfaux@fauxlaw.com<br>Attorneys for Platte River Insurance Company<br><br>**Dated: June 13, 2023** |

**ORDER**

IT IS SO ORDERED:

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT JUDGE

DATED: __June 15, 2023_____

Submitted by:

The Faux Law Group

By: */s/ Willi H. Siepmann*
WILLI H. SIEPMANN, ESQ.
Nevada Bar No. 002478
2625 N. Green Valley Parkway, #100
Henderson, Nevada 89014
*Attorneys for Platte River Insurance Company*

3