JASON M. WILEY, ESQ.
Nevada Bar No. 9274
E. DANIEL KIDD, ESQ.
Nevada Bar No. 10106
WILEY PETERSEN
1050 Indigo Drive
Suite 200-B
Las Vegas, Nevada 89145
Telephone: 702.910.3329
jwiley@wileypetersenlaw.com
dkidd@wileypetersenlaw.com

*Attorneys for Yan Hong Liu d/b/a*
*C&L Enterprise*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PLATTE RIVER INSURANCE COMPANY, a Nebraska corporation,<br><br>Plaintiff,<br><br>v.<br><br>YAN HONG LIU d/b/a C&L ENTERPRISE, a Nevada individual and sole proprietor; UFP DKY STORE 102, LLC, a Nevada limited liability company; BIG BIZ PRO, LLC, a Nevada limited liability company; DOES I-X; and ROE Corporations or Business Entities I-X, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-00723-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR *JOINT PRETRIAL ORDER*<br>(SECOND REQUEST)** |
| YAN HONG LIU dba C&L ENTERPRISE,<br><br>Counterclaimant,<br><br>v.<br><br>PLATTE RIVER INSURANCE COMPANY, a Nebraska corporation, and DOES 1-10,<br><br>Counterdefendants. | |

Defendant, Yan Hong Liu d/b/a C&L Enterprise ("Defendant" or "Liu"), and Plaintiff, Platte River Insurance Company, by and through their attorneys, hereby stipulate and request the Court

1

extend the parties' deadline to file the Joint Pretrial Order for sixty days from August 30, 2023. In support of this stipulation and request, the following is provided, pursuant to LR IA 6-1:

The deadline for filing the Joint Pretrial Order in this action is currently set for August 30, 2023. This deadline was triggered by the Court's Order of May 26, 2023, on Platte River's motions for summary judgment [Dkt. #73] and the parties subsequent stipulation to extend [Dkt. #74]. Counsel for Platte River and for Yan Hong Liu intend to discuss settlement of the respective claims and may agree to a mediation or settlement conference during the requested extended time. Counsel for the parties conferred on July 17, 2023, and they agree on the requested extension.

In consideration of the above, the parties submit good cause is present for their request for an extension of the current deadline for the Joint Pretrial Order. The parties propose the current August 30, 2023 deadline for filing the Joint Pretrial Order shall be extended to **Friday, September 29, 2023.**

IT IS SO STIPULATED AND AGREED.

| **WILEY PETERSEN** | **THE FAUX LAW GROUP** |
|---|---|
| By: */s/ Jason M. Wiley*<br>JASON M. WILEY, ESQ.<br>Nevada Bar No. 9274<br>E. DANIEL KIDD, ESQ.<br>Nevada Bar No.10106<br>1050 Indigo Drive, Suite 200-B<br>Las Vegas, NV  89145<br>Attorneys for Defendant/<br>Counterclaimant Yan Hong Liu dba<br>C&L Enterprise<br><br>**Dated: June 17, 2023** | By: */s/ Willi H. Siepmann*<br>Kurt C. Faux, Esq. (NSBN 3407)<br>Willi H. Siepmann, Esq. (NSBN 2478)<br>Jordan F. Faux, Esq. (NSBN 12205)<br>2625 North Green Valley Parkway, #100<br>Henderson, Nevada 89014<br>Ph. (702) 458-5790; Fax: (702) 458-5794<br>Email: kfaux@fauxlaw.com<br>Attorneys for Platte River Insurance Company<br><br>**Dated: June 17, 2023** |

**ORDER**

IT IS SO ORDERED:

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT JUDGE

DATED: ___July 17, 2023___

2

Submitted by:

WILEY PETERSEN

By: */s/ Jason M. Wiley*
JASON M. WILEY, ESQ.
Nevada Bar No. 9274
E. DANIEL KIDD, ESQ.
Nevada Bar No. 10106
1050 Indigo Drive
Suite 200-B
Las Vegas, Nevada 89145
*Attorneys for Yan Hong Liu d/b/a C&L Enterprise*