JASON M. WILEY, ESQ.
Nevada Bar No. 9274
E. DANIEL KIDD, ESQ.
Nevada Bar No. 10106
WILEY PETERSEN
1050 Indigo Drive
Suite 200-B
Las Vegas, Nevada 89145
Telephone: 702.910.3329
jwiley@wileypetersenlaw.com
dkidd@wileypetersenlaw.com

*Attorneys for Yan Hong Liu d/b/a*
*C&L Enterprise*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PLATTE RIVER INSURANCE COMPANY, a Nebraska corporation, | Case No.:  2:20-cv-00723-GMN-EJY |
| Plaintiff, | |
| v. | |
| YAN HONG LIU d/b/a C&L ENTERPRISE, a Nevada individual and sole proprietor; UFP DKY STORE 102, LLC, a Nevada limited liability company; BIG BIZ PRO, LLC, a Nevada limited liability company; DOES I-X; and ROE Corporations or Business Entities I-X, inclusive, | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR *JOINT PRETRIAL ORDER* (THIRD REQUEST)** |
| Defendants. | |
| YAN HONG LIU dba C&L ENTERPRISE, | |
| Counterclaimant, | |
| v. | |
| PLATTE RIVER INSURANCE COMPANY, a Nebraska corporation, and DOES 1-10, | |
| Counterdefendants. | |

Defendant, Yan Hong Liu d/b/a C&L Enterprise ("Defendant" or "Liu"), and Plaintiff, Platte River Insurance Company, by and through their attorneys, hereby stipulate and request the Court

1

extend the parties' deadline to file the Joint Pretrial Order to December 8, 2023. In support of this stipulation and request, the following is provided, pursuant to LR IA 6-1:

The deadline for filing the Joint Pretrial Order in this action is currently set for September 29, 2023. [Dkt. #78]. The parties have scheduled private mediation with David Lee at JAMS for November 8, 2023. In consideration of the above, the parties submit there is good cause to extend the current deadline for the Joint Pretrial Order. The parties propose the current September 29, 2023 deadline for filing the Joint Pretrial Order be extended to **December 8, 2023**, which is 30 days after the the mediation scheduled.

IT IS SO STIPULATED AND AGREED.

| **WILEY PETERSEN** | **THE FAUX LAW GROUP** |
|---|---|
| By: */s/ Jason M. Wiley*<br>JASON M. WILEY, ESQ.<br>Nevada Bar No. 9274<br>E. DANIEL KIDD, ESQ.<br>Nevada Bar No.10106<br>1050 Indigo Drive, Suite 200-B<br>Las Vegas, NV  89145<br>Attorneys for Defendant/<br>Counterclaimant Yan Hong Liu dba<br>C&L Enterprise | By: */s/ Willi H. Siepmann*<br>Kurt C. Faux, Esq. (NSBN 3407)<br>Willi H. Siepmann, Esq. (NSBN 2478)<br>Jordan F. Faux, Esq. (NSBN 12205)<br>2625 North Green Valley Parkway, #100<br>Henderson, Nevada 89014<br>Ph. (702) 458-5790; Fax: (702) 458-5794<br>Email: kfaux@fauxlaw.com<br>Attorneys for Platte River Insurance Company |
| **Dated: September 27, 2023** | **Dated: September 27, 2023** |

**ORDER**

IT IS SO ORDERED:

_____

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT JUDGE

DATED:  September 28, 2023

Submitted by:

WILEY PETERSEN

By: */s/ Jason M. Wiley*
JASON M. WILEY, ESQ.
Nevada Bar No. 9274
E. DANIEL KIDD, ESQ.
Nevada Bar No. 10106
1050 Indigo Drive
Suite 200-B
Las Vegas, Nevada 89145
*Attorneys for Yan Hong Liu d/b/a C&L Enterprise*