KURT C. FAUX, ESQ.
Nevada Bar No. 003407
WILLI H. SIEPMANN, ESQ.
Nevada Bar No. 002478
JORDAN F. FAUX, ESQ.
Nevada Bar No. 12205
THE FAUX LAW GROUP
2625 N. Green Valley Parkway, #100
Henderson, Nevada 89014
Telephone: (702) 458-5790
Facsimile: (702) 458-5794
Email:  kfaux@fauxlaw.com
        wsiepmann@fauxlaw.com
        jfaux@fauxlaw.com
*Attorneys for Platte River Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PLATTE RIVER INSURANCE COMPANY, a Nebraska corporation,<br><br>Plaintiff,<br><br>v.<br><br>YAN HONG LIU dba C&L ENTERPRISE, a Nevada individual and sole proprietor; UFP DKY STORE 102, LLC, a Nevada limited liability company; BIG BIZ PRO, LLC, a Nevada limited liability company; DOES 1 through 10, and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-00723-GMN-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| YAN HONG LIU dba C&L ENTERPRISE,<br><br>Counterclaimant,<br><br>v.<br><br>PLATTE RIVER INSURANCE COMPANY, a Nebraska corporation, and DOES 1-10,<br><br>Counterdefendants. | |

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff, Platte River Insurance Company ("Platte River"), and Defendant and Counterclaimant Yan Hong Liu dba C&L Enterprise ("C&L"), by and through their attorneys, stipulate to dismiss with prejudice their claims and counterclaims against each other with Platte River and C&L bearing their own attorneys' fees and costs as to each other. Platte River reserves and does not waive the right to recover all losses, including any attorneys' fees and costs, against any bond indemnitor or other individual or entity exclusive of C&L.

IT IS SO STIPULATED AND AGREED.

| **WILEY PETERSEN** | **THE FAUX LAW GROUP** |
|---|---|
| By: /s/ Jason M. Wiley<br>JASON M. WILEY, ESQ. (NSBN 9274)<br>E. DANIEL KIDD, ESQ. (NSBN 10106)<br>10000 W. Charleston Boulevard, Suite 230<br>Las Vegas, Nevada 89135<br>Attorneys for Defendant/<br>Counterclaimant Yan Hong Liu dba<br>C&L Enterprise<br><br>**Dated: December 15, 2023** | By: /s/ Kurt C. Faux<br>Kurt C. Faux, Esq. (NSBN 3407)<br>Willi H. Siepmann, Esq. (NSBN 2478)<br>Jordan F. Faux, Esq. (NSBN 12205)<br>2625 North Green Valley Parkway, #100<br>Henderson, Nevada 89014<br>Ph. (702) 458-5790; Fax: (702) 458-5794<br>Email: kfaux@fauxlaw.com<br>Attorneys for Platte River Insurance Company<br><br>**Dated: December 15, 2023** |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: __December 19, 2023_____